City of Momence, Plaintiff-Appellant, v. Joseph R. Burnett and Indemnity Ins. Co. of North America, Defendants-Appellees.

Gen. No. 10,973.

Second District.

November 21, 1956.

Rehearing denied January 8, 1957.

Released for publication January 8, 1957.

Judgment reversed and cause remanded. V. A. Parish, and Thomas A. Nutting, for plaintiff-appellant; Butz, Blanke & Stith, for defendants-appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.